Form 163

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 10−80774

IN THE MATTER OF:
Beverly P. Stewart    xxx−xx−9024
9000 Sawyer Road
Rougemont, NC 27572

    Debtor(s)

TO THE DEBTOR AND ALL OTHER PARTIES IN INTEREST:

TAKE NOTICE THAT the following request has been made with the Court:
Motion to Judicial Avoid Lien of Citibank regarding 9000 Sawyer Road Rougemont NC, 27572. Judicial Lien was recorded in Orange County, as referenced in file number 09CV001732, on 11/13/08, in the amount of approximately $8,189.55. Filed by Debtor Beverly P. Stewart by and through counsel Edward Boltz.

TAKE FURTHER NOTICE THAT any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before 5/29/10 with the movant and with the U.S. Bankruptcy Court at the following address:

*P.O. Box 26100*
*Greensboro, NC 27420−6100*

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on 6/17/10 at 10:00 AM in the following location:

*Courtroom − Venable Center*
*Dibrell Building − Suite 280*
*302 East Pettigrew Street*
*Durham NC 27701*

Dated: 5/17/10                                                                                      OFFICE OF THE CLERK/tls